```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/31/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EYHAB AMIN HAMOOD MUAZEB,

                       Plaintiff,

       -against-

UNIED STATES OF AMERICA, et al.,

                       Defendants.
-----------------------------------------------------------------X

25-CV-3875 (LAK) (KHP)

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Stipulation and Order of Settlement filed on July 3, 2025 (doc. no 9) the Initial Case Management Conference currently scheduled for **August 5, 2025** is hereby adjourned *sine die*.

                    **SO ORDERED.**

DATED:    New York, New York
               July 31, 2025

                                      _____
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge